IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **WILLIE JAMES ATMORE,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:06-cv-94(HL) |
| **DR. LEBEDOVYCH, Deputy Warden TED PHILBIN, Warden DONALD BARROW, and Cert Team Member HOLLIS,** | : | |
| Defendants. | : | |

## ORDER

The Recommendation of United States Magistrate Judge Richard L. Hodge, entered October 31, 2006 (Doc. 9), in the above-captioned case is before the Court. Plaintiff, Willie James Atmore, has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court, having given careful consideration to the Recommendation, hereby accepts the same. Accordingly, Defendants Warden Donald Barrow and Cert Team Member Hollis are hereby dismissed.

**SO ORDERED**, this the 30th day of November, 2006.

s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

mls